IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT T. JENKINS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv7-MHT |
| | ) | (WO) |
| ALABAMA DEPT. OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## OPINION AND ORDER

This cause is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for a preliminary injunction be denied. In the motion, plaintiff, a state prisoner, requests a preliminary injunction ordering defendants to change his security classification to minimum custody. There are no objections to the recommendation that the motion be denied. After an independent and de novo review of the record, the court has concluded that the recommendation should be adopted.

***

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 16) is adopted.

(2) Plaintiff's motion for preliminary injunction (doc. no. 12) is denied.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 16th day of May, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**