IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT T. JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv7-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a now-former state prisoner, filed this lawsuit alleging that he was under threat from other inmates and was being subjected to arbitrary denial of minimum custody in retaliation for his litigation activity, and that his life was endangered because of prison officials' refusal to classify him as minimum custody. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because it is moot and that no costs be taxed. There are no objections to

the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of February, 2018.

                                              /s/ Myron H. Thompson
                                              UNITED STATES DISTRICT JUDGE